# United States District Court
## Violation Notice

CVB Location Code: TE41

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6946206 | Jaynes | 558 |

6946206

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 04/08/2017 0012 | 36 CFR 4.22(b)(3) |

Place of Offense: S. GRSM Spur MP2

Offense Description: Factual Basis for Charge — HAZMAT ☐

Unsafe Operations - failure to maintain control

**DEFENDANT INFORMATI**[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Smith | Dustin | G |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| EYA 4664 | OH | 72 | Chevy | | Blue |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount

+$30 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date (mm/dd/yyyy) | Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015) Original - CVB Copy

CVB SCAN JUN 16, 2017 10:59

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 8, 2017 while exercising my duties as a law enforcement officer in the Eastern District of Tennessee

Within Great Smoky Mountain National Park Dustin SMITH of Kettering, OH (OH DL# RU382954) drove his vehicle unsafely, which is a violation of 36 CFR 4.22(b)(3).

On April 8, 2017 while on patrol in Great Smoky Mountains National Park I was traveling south in my marked patrol car on US Hwy 441 (Spur). I observed an older model Chevy El Camino (OH EYA 4664) traveling south. The vehicle crossed the center line once and the white fog line once. I observed a lit cigarette tossed out the driver's side window. I stopped the vehicle and contacted the driver, Dustin G. SMITH (OH ID# RU382954).

SMITH was arrested for DUI.

The foregoing statement is based upon:

- ☒ my personal observation ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/08/2017 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JUN 16, 2017 10:59